IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ATLANTIC SPECIALTY INSURANCE**
**COMPANY** *et al.*                                                                    **PLAINTIFFS**

v.                              CASE NO. 2:22-CV-00061-BSM

**HELENA MARINE SERVICE INC.** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE